NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THEODORE H. JOHNSON & PENNY D. JOHNSON,

        Appellants,

v.

WELLS FARGO BANK, N.A.,

        Appellee.

Case No. 2D18-999

Opinion filed October 17, 2018.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little,
Senior Judge.

Niles B. Whitten, Attorney at Law,
Gainesville, for Appellants.

Emily Y. Rottmann, Sara F. Holladay-
Tobias, and C.H. Houston III of
McGuireWoods LLP, Jacksonville, for
Appellee.


PER CURIAM.


        Affirmed.


MORRIS, BLACK, and LUCAS, JJ., Concur.